```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND
```

UNITED STATES OF AMERICA             *

      vs.                          *   CRIMINAL NO. MJG-11-0434
                                                    (Civil No. MJG-14-1894)

WINDSOR WERNER KESSLER, III          *

\*    \*    \*    \*    \*    \*    \*    \*    \*

## MEMORANDUM AND ORDER

The Court has before it Defendant Kessler's Request for a Certificate of Appealability [[ECF No. 71]. The Court finds that neither a response nor a hearing is necessary.

Title 28 U.S.C. § 2253(c) provides, in relevant part:

> (1) Unless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from —
>
> \* \* \*
>
> (B) the final order in a proceeding under section 2255.
>
> (2) A certificate of appealability may issue under paragraph (1) only if the applicant has made a substantial showing of the denial of a constitutional right.

For reasons set forth in the Memorandum and Order issued July 22, 2016 [ECF No. 66], there is no non-frivolous ground for appeal in the instant case. Accordingly, the Court shall not issue a Certificate of Appealability.

For the foregoing reasons:

1. Defendant Kessler's Request for a Certificate of Appealability [[ECF No. 71] is DENIED.

2. This action is without prejudice to the Defendant's right to seek a Certificate of Appealability from an appellate court.

SO ORDERED, this <u>Tuesday, August 23, 2016</u>.

<u>            /s/          </u>  
Marvin J. Garbis  
United States District Judge